UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------
:
ANTHONY MICHAEL GREEN, et al., : CASE NO. 1:03-CV-906
:
       Plaintiffs, :
:
vs. : ORDER
: [Resolving Doc. Nos. 96, 149, & 150]
CITY OF CLEVELAND, et al., :
:
       Defendants. :
:
------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    Pending before the Court is Defendant Dana Chavers' Motion for Summary Judgment [Doc. No. 96], to which the Plaintiff has responded [Doc. No. 175], and Defendant Dana Chavers has not replied. Also pending before the Court is Defendant Cleveland Clinic Foundation's Motion for Summary Judgment [Doc. No. 149], to which the Plaintiff has responded [Doc. No. 175], and Defendant Cleveland Clinic Foundation has replied [Doc. No. 204]. Also pending before the Court is Defendant Louis DeGross' Motion for Summary Judgment [Doc. No. 150], to which the Plaintiff has responded [Doc. No. 175], and Defendant Louis DeGross has replied [Doc. No. 205].

    For the reasons discussed in the accompanying Memorandum, Defendant Chavers' motion is GRANTED IN FULL; Defendant Cleveland Clinic Foundation's motion is GRANTED IN PART; and

Defendant Lou DeGross' motion is GRANTED IN PART.

**IT IS SO ORDERED.**

Dated: May 27, 2004 　　　　　　　　　　　　　　　 *s/　　　James S. Gwin*
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE